**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

In re:

                                              Case No.: 24-17057-MAM

Marina Caceres,                          Chapter 13

      Debtor.
_____/

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

      Please take note that Anne M. Gannon, Constitutional Tax Collector, Serving Palm Beach County, through undersigned counsel, makes an appearance in this case on behalf of the creditor Palm Beach County Tax Collector.  All parties are requested to take notice and to serve copies of any and all pleadings, notices and pertinent documentation in this cause upon undersigned counsel.

Hampton Peterson, Esq.
Palm Beach County Tax Collector's Office
P.O. Box 3715
West Palm Beach, Florida 33402-3715
legalservices@pbctax.com

      **I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court set forth in Local Rule 2090-1(A).

      **I HEREBY CERTIFY** that a true and correct copy of the Notice of Appearance and Request for Service has been furnished by Notice of Electronic Filing, this 16th day of July 2024 to: Sean I. Koplow, Esq., seankoplowlaw.ecf@gmail.com and Robin R. Weiner as Trustee, ecf@ch13weiner.com and to all those receiving electronic notice.

                                            Respectfully submitted,
                                            Hampton Peterson, Esq.
                                            Office of the Tax Collector
                                            P. O. Box 3715
                                            West Palm Beach, Florida 33402-3715
                                            Telephone: (561) 355-2141
                                            Facsimile: (561) 355-1110
                                            Florida Bar No. 331384

                                            By: /s/ Hampton Peterson, Esq.
                                            Attorney for Anne M. Gannon
                                            Constitutional Tax Collector,
                                            Serving Palm Beach County