UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:                                                      CASE NO. 24-17057-MAM
    **MARINA CACERES**                             CHAPTER 13
                                   West Palm Beach Division

        Debtor

_____/

## MOTION TO AVOID JUDICIAL LIEN

COMES NOW the Debtor, Marina Caceres, by and through undersigned counsel, and files this motion to avoid judicial lien pursuant to 11 U.S.C. § 522(f), and states:

1. On July 15, 2024, the Debtor filed a petition under Chapter 13 of title 11 of the United States Code.

2. The Debtor claimed his residence of 904 Troy Blvd West Palm Beach, FL 33409, as exempt on the schedules as filed. The legal description for the Debtor's residence is:

Lot 9, Block 45, Plat No. 8 of Golfview Heights, according to the map or plat thereof as recorded in Plat Book 24, Page 103, Public Records of Palm Beach County, Florida.

3. The meeting of creditors is scheduled to be held on August 19, 2024.

4. The deadline to file an objection to the Debtor's exemptions is 30 days after the completion of the meeting of creditors.

5. Portfolio Recovery Associates, LLC, recorded a final judgment in Palm Beach County on May 3, 2024 in OR Book 34990, page 441 Case Number 2022SC019168XXXXMB.

6. The judgment impairs the Debtor's homestead property.

WHEREFORE the Debtor requests that the Court enter an Order avoiding the judgment

lien of Portfolio Recovery Associates, LLC.

     I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court as set forth in Local Rule 2090-1(A).

     I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished via U.S. Mail to: Anthony J Maniscalco, Esq 120 Corporate Blvd Norfolk, VA 23502 and via electronic mail to: anthony.maniscalco@portfoliorecovery.com litigationservice@portfoliorecovery.com this 24th day of July 2024.

/s/ Sean I. Koplow
SEAN I. KOPLOW, P.A.
8461 Lake Worth Rd, #204
Lake Worth, FL 33467
Tel (561)642-3000
Fax (561)425-6061
FL Bar No. 0463205

SIK/ao